AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:21-mj-00214-MK |
| Daniel Andrew McGee, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 5, 2021__ in the county of __Lane__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 249(a)(2) | Hate Crime |

This criminal complaint is based on these facts:

See attached affidavit which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Spencer Anderson per rule 4.1

*Complainant's signature*

Spencer J. Anderson, Special Agent FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:05pm a.m./p.m.

Date: November 11, 2021

*Judge's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge

*Printed name and title*